UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 OCT 27 PM 2: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| LULA BELL LINDSEY, | ) |
| Plaintiff, | ) Case No.: 2:05cv2742-MI/P |
| v. | ) Judge McCalla |
|  | ) Magistrate Judge Pham |
| BAYER CORPORATION, | ) |
| Defendant. | ) |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on November 3, 2005. Present were _____, counsel for plaintiff, and Frances C. Fenelon, counsel for defendant. At the conference the following dates were established as the final dates for:

Initial Disclosures pursuant to Fed.R.Civ.P. 26(a)(1): closed.

Joining Parties: closed.

Amending Pleadings: closed.

Initial Motions to Dismiss: due by January 15, 2006.

Completing All Case-Specific Discovery: due by May 31, 2006.

(a) Follow-up case-specific Document Production: must be served so that responses are received by February 15, 2006.

(b) Follow-up case-specific Depositions, Interrogatories and Requests for Admissions: taken or served so that responses are received by February 15, 2006.

(c) Expert Witness Disclosure (Rule 26):

1152084.3

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-27-05



  (1) Disclosure of Plaintiff's case-specific Rule 26 Expert Information: due by March 28, 2006.

  (2) Disclosure of Defendant's case-specific Rule 26 Expert Information: due by April 28, 2006.

  (3) Case-specific Expert Witness Depositions: due by May 31, 2006.

Filing Dispositive Motions: due by June 30, 2006.

Other Relevant Matters:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the tie permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 8 day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

Date: October 27, 2005

Dated: October 25, 2005.

Cory, Watson, Crowder & Degaris

Leila H. Watson *by permission by jw*

Leila H. Watson
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205)-328-2200
Facsimile: (205)-324-7896
lwatson@cwcd.com

*Counsel for Plaintiff*

Waller Lansden Dortch & Davis, PLLC

_____

James M. Doran, Jr.
Frances C. Fenelon
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
jdoran@wallerlaw.com
ffenlon@wallerlaw.com

OF COUNSEL:

Terry Tottenham
Fulbright & Jaworski
600 Congress Avenue, Suite 2400
Austin, TX 78701-3271
(512) 536-4555

*Attorneys for Bayer Corporation*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02742 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

Lee L. Coleman
HUGHES & COLEMAN
444 James Robertson Pkwy
Ste. 201
Nashville, TN 37219

James M. Doran
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Ernest Cory
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Ave.
Birmingham, AL 35205

Frances C. Fenelon
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable Jon McCalla
US DISTRICT COURT