UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ O.C.

05 NOV -4  AM 11: 07

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEPHIS

| | |
|---|---|
| LULA BELL LINDSEY, | ) |
| Plaintiff, | ) Case No.: 2:05cv2742-MI/P |
| v. | ) Judge McCalla |
| BAYER CORPORATION, | ) Magistrate Judge Pham |
| Defendant. | ) |

## ORDER

Having considered Brian D. Turner, Jr.'s Motion to Appear *Pro Hac Vice,* this Court finds that it is due to be granted. Accordingly, Attorney Brian D. Turner, Jr. is hereby specially admitted to appear as co-counsel for Plaintiff Lula Bell Lindsey in this case.

Done and ordered, adjudged and decreed, this __4__ day of __NOV.__, 2005.

_____
United States ~~Magistrate~~ Judge ~~Tu M. Pham~~

cc:   Counsel of Record

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __11-4-05__



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02742 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Lee L. Coleman
HUGHES & COLEMAN
444 James Robertson Pkwy
Ste. 201
Nashville, TN 37219

Brian D. Turner
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Ave.
Birmingham, AL 35205

James M. Doran
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Ernest Cory
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Ave.
Birmingham, AL 35205

Frances C. Fenelon
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable Jon McCalla
US DISTRICT COURT